IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02277-BNB

IMAM-MUHAMMAD ABDULLAH, aka MUHAMMAD MUSTAFA ABDULLAH,[1]

     Plaintiff,

v.

[NO DEFENDANTS NAMED],

     Defendants.

_____

ORDER OF DISMISSAL

_____

On August 24, 2012, Plaintiff, acting *pro se*, submitted a Letter to the Court. Plaintiff is a federal prisoner housed in the State of Colorado at ADX Florence. Magistrate Judge Boyd N. Boland entered an order on August 28, 2012, instructing Plaintiff to file his claims on a Court-approved form used in filing prisoner complaints and either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 fee in advance.  Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Although Plaintiff has submitted several pleadings to the Court in response to Magistrate Judge Boland's August 28 Order to Cure, none of the pleadings are responsive to the Order.  As a result, Plaintiff has failed to cure the deficiencies within the time allowed.  The Court, therefore, will dismiss the action.

_____

[1]  The Court notes that the Bureau of Prisons website under Inmate Locator identifies Plaintiff as Muhammad Mustafa Abdullah.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that all pending motions are denied as moot.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  3rd  day of  October , 2012.

BY THE COURT:


  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court

2