**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02277-LTB

Civil Action No. 12-cv-02277-LTB

IMAM-MUHAMMAD ABDULLAH, aka MUHAMMAD MUSTAFA ABDULLAH,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 3, 2012, Plaintiff filed a Motion to Proceed and Nullify, ECF No. 12. The Motion is nonresponsive to the August 28, 2012 Order instructing Plaintiff to cure deficiencies.  The Motion, therefore, is denied.

Dated:  November 1, 2012